1016

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD HENRY MUTCH, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-1-00117-8, Steven J. Mura, J., entered February 7, 2007. *Affirmed* by unpublished per curiam opinion.

FRANCIS M. WOODS ET AL., *Appellants*, v. MITCHELL BROS. TRUCK LINE, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 04-2-02359-2, John F. Nichols, J., entered March 11, 2005. *Reversed* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-1-01532-6, Paula Casey, J., entered April 6, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

THE STATE OF WASHINGTON, *Respondent*, v. ION VELCOTA, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 06-1-00230-2, Gordon Godfrey, J., entered September 11, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Penoyar, JJ.